Harvey Anthony CARON; Danny Earl
Foerster, Plaintiffs–Appellants,

v.

Mack REID; et al., Defendants–
Appellees.

Nos. 01–35679, 01–35680.
D.C. No. CV–99–01171–ST.

United States Court of Appeals,
Ninth Circuit.

Submitted June 10, 2002.*

Decided June 13, 2002.

---

courts of this circuit except as may be provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before RYMER, T.G. NELSON, and THOMAS, Circuit Judges.

## MEMORANDUM**

Harvey Anthony Caron and Danny Earl Foerster, Oregon state prisoners, appeal pro se the district court's summary judgment for defendants in their 42 U.S.C. § 1983 action alleging violations of the Fourteenth Amendment in relation to prison disciplinary sanctions for possessing contraband. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Barnett v. Centoni*, 31 F.3d 813, 815 (9th Cir.1994) (per curiam), and affirm.

The record contains "some evidence" to support defendants' disciplinary finding. Accordingly, the district court properly granted summary judgment on plaintiffs' due process claim. *See Superintendent v. Hill*, 472 U.S. 445, 455, 105 S.Ct. 2768, 86 L.Ed.2d 356 (1985).

We reject the remaining contentions on appeal.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

